UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>29.81 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, CALIFORNIA et al.,<br><br>Defendants. | No. 1:17-cv-00932-DAD-JLT<br><br>ORDER GRANTING MOTION AND DIRECTING THE CLERK OF THE COURT TO DEPOSIT FUNDS INTO COURT REGISTRY<br><br>(Doc. No. 4) |

On July 13, 2017, plaintiff United States of America filed a motion for an order to deposit funds representing the estimated just compensation in this eminent domain action into the court registry.  (Doc. No. 4.)

Good cause appearing, the motion is granted.  The Clerk of the Court shall accept the deposit of **two hundred ninety thousand dollars ($290,000.00)** tendered by the United States, and shall deposit these funds into an interest-bearing account under the terms and conditions set forth in Rule 67 of the Federal Rules Civil of Procedure and Local Rule 150.

IT IS SO ORDERED.

Dated: **July 19, 2017**

_____
UNITED STATES DISTRICT JUDGE

1