
FILED
OCT 13 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>29.81 ACRES OF LAND, MORE OR LESS, SITUATED IN KERN COUNTY, CALIFORNIA, AND MALEK & SCHIPPER INVESTMENT AND DEVELOPMENT CORP., et al.,<br><br>Defendants. | No. 1:17-cv-00932-DAD-JLT<br><br>ORDER FOR WITHDRAWAL OF DEPOSIT<br><br>(Doc. No. 20) |

On October 5, 2017, the Kern County Treasurer-Tax Collector filed a motion for withdrawal of funds from the amount deposited with the court to allow payment of property taxes on the real estate condemned by the United States of America by order on September 14, 2017. (Doc. Nos. 17, 20.) The Kern County Treasurer-Tax Collector seeks $1,150.82, plus accrued interest earned on that amount from the funds on deposit with the court, as payment for the property taxes on the real property described in Schedule C of the Complaint and identified by defendant as Assessor's Parcel Number 485-070-24-00-6. No party has filed an objection to this motion.

/////

/////

Notice having been served on the parties and good cause appearing, the court concludes this payment is warranted under the law and will order these funds disbursed. *See United States v. 3 Parcels of Land in Woodbury County*, 198 F. Supp. 529, 531 (N.D. Iowa 1961) ("Valid existing tax liens must be satisfied from the award [for condemnation]."); *United States v. Certain Parcels of Land in City of San Diego*, 44 F. Supp. 936, 937–39 (S.D. Cal. 1942); *see also* Cal. Rev. & Tax. Code § 2187 ("Every tax, penalty, or interest, including redemption penalty or interest, on real property is a lien against the property assessed."); *Wash. Water Power Co. v. United States*, 135 F.2d 541, 543 (9th Cir. 1943) (holding the United States was not compelled to pay compensation for the taxes owed on the land and the lien should be paid from the condemnation award). The Clerk of the Court is hereby authorized and directed to issue a warrant or check to defendant Jordan Kaufman, Kern County Treasurer-Tax Collector, ATTN: Nicole M. Misner, Deputy County Counsel, Office of the County Counsel, 1115 Truxtun Avenue, Fourth Floor, Bakersfield, California, 93301, in the amount of $1,150.82. Additionally, the Clerk of the Court is authorized and directed to issue a warrant or check for the accrued interest earned from the funds of $1,150.82 on deposit with the court registry in this matter, payable as noted above.

IT IS SO ORDERED.

Dated: October 13, 2017

UNITED STATES DISTRICT JUDGE