# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>29.81 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, CALIFORNIA, et al.,<br><br>Defendants. | CASE NO.: 1:17-cv-00932-DAD-JLT<br><br>**ORDER AFTER INFORMAL TELECONFERENCE RE: EXPERT DISCOVERY**<br>**(Doc. 36)** |

After the Court granted the unopposed request of the defendant to allow the parties to disclose their experts a month later, the Court was advised that the amended schedule allowed insufficient time for disclosure of rebuttal experts for various reasons. Thus, at the informal telephone conference (Doc. 36), counsel agreed to extend the deadline for disclosure of rebuttal experts despite that this would severely impact how much time they will have to depose the rebuttal expert. Thus, the Court **ORDERS**:

    1.    The case schedule is amended as follows:

        a.    Any rebuttal experts **SHALL** be disclosed **no later than September 19, 2018**.

*///*

1

**Absolutely no other modifications to the case schedule are authorized.**

IT IS SO ORDERED.

Dated: **June 20, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE