# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CV-00932-LJO-JLT |
|---|---|
| Plaintiff, | **ORDER ON JOINT MOTION FOR RELIEF FROM REQUIREMENT THAT AN INDIVIDUAL WITH FULL SETTLEMENT AUTHORITY ATTEND SETTLEMENT CONFERENCE** |
| v. | |
| 29.81 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, CALIFORNIA, AND MALEK & SCHIPPER INVESTMENT AND DEVELOPMENT CORP., *et al*. | |
| Defendants. | |

This matter is before the Court by Joint Motion for Relief from Requirement that an Individual with Full Settlement Authority Attend the Settlement Conference (the "Motion"), which conference is currently scheduled for October 24, 2018, at 9:30am. Upon consideration of the Motion, other applicable statutes and rules, and for good cause shown,

///

///

///

///

MOTION FOR RELIEF REGARDING SETTLEMENT CONFERENCE 1

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The United States is excused from the requirement that an individual with full settlement authority attend the scheduling conference. The principal attorneys representing the United States will be present, with authority to recommend an appropriate settlement agreement.

IT IS SO ORDERED.

Dated: __**October 4, 2018**__        __**/s/ Jennifer L. Thurston**__
                                       UNITED STATES MAGISTRATE JUDGE

MOTION FOR RELIEF REGARDING SETTLEMENT CONFERENCE            2