JEFFREY H. WOOD
Acting Assistant Attorney General

READE E. WILSON
ANTHONY C. GENTNER
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 305-0299
reade.wilson@usdoj.gov
anthony.gentner@usdoj.gov

ALYSON A. BERG
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4018
alyson.berg@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>29.81 ACRES OF LAND, MORE OR LESS, SITUATE IN KERN COUNTY, CALIFORNIA, AND MALEK & SCHIPPER INVESTMENT AND DEVELOPMENT CORP., *et al*.<br><br>Defendants. | CASE NO. 1:17-CV-00932-LJO-JLT<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE**<br>**(Doc. 45)** |

1

Pursuant to L.R. 160(a), Plaintiff United States of America and Defendant Malek & Schipper Investment and Development Corporation, by and through their undersigned counsel, respectfully notify the Court the parties have reached an agreement in principle to settle the just compensation to be paid for the property taken in this case. The parties are currently preparing a Stipulated Final Judgment to be submitted to the Court for approval within the next 21 days, unless otherwise ordered by the Court. L.R. 160(b). Accordingly, the parties request the Court vacate the Scheduling Conference currently set for October 29, 2018 (Dkt. 44).

DATED: October 18, 2018

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General

*/s/ Reade E. Wilson*
READE E. WILSON
*/s/ Anthony C. Gentner*
ANTHONY C. GENTNER
Trial Attorneys
United States Department of Justice


PETERSON LAW GROUP
PROFESSIONAL CORPORATION

*/s/ Christopher D. Peterson*
CHRISTOPHER D. PETERSON
Attorneys for Defendant Malek & Schipper
Investment and Development Corporation

**ORDER**

Based upon the stipulated notice of settlement, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than November 16, 2018**;

2. All pending dates, conferences and hearings, including the settlement conference set on October 29, 2018, are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated: **October 19, 2018**              **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE