1  JEFFREY H. WOOD
2  Acting Assistant Attorney General

3  READE E. WILSON
   ANTHONY C. GENTNER
4  Trial Attorneys
5  United States Department of Justice
   Environment & Natural Resources Division
6  P.O. Box 7611, Ben Franklin Station
   Washington, DC 20044-7611
7  Telephone: (202) 305-0299
   reade.wilson@usdoj.gov
8  anthony.gentner@usdoj.gov

9
   ALYSON A. BERG
10 Assistant United States Attorney
   Eastern District of California
11 2500 Tulare Street, Suite 4401
12 Fresno, CA 93721
   Telephone: (559) 497-4018
13 alyson.berg@usdoj.gov

14 *Attorneys for the United States.*

15
16            **UNITED STATES DISTRICT COURT**
              **EASTERN DISTRICT OF CALIFORNIA**

17

18  UNITED STATES OF AMERICA,

19                    Plaintiff,
                                              CASE NO. 1:17-CV-00932-LJO-JLT
20

21          v.
                                              **STIPULATED FINAL JUDGMENT**
22  29.81 ACRES OF LAND, MORE OR
23  LESS, SITUATE IN KERN COUNTY,
    CALIFORNIA, AND MALEK &
24  SCHIPPER INVESTMENT AND
    DEVELOPMENT CORP., *et al*.
25

26                    Defendants.

27

28

    STIPULATED FINAL JUDGMENT          1

Plaintiff United States of America and Defendant Malek & Schipper Investment and Development Corporation ("MALEK"), hereby agree and stipulate, and the Court hereby **ORDERS, ADJUDGES, AND DECREES** as follows:

1. On July 13, 2017, the United States filed a Complaint in Condemnation (Dkt. 1) and a Declaration of Taking (Dkt. 2) in this eminent domain proceeding against approximately 29.81 acres of land in Kern County, California.

2. The Declaration of Taking provides for the fee simple acquisition of Assessor Parcel No. 485-070-24 previously owned by MALEK ("Subject Property").

3. On July 20, 2017, the Court granted the United States' motion to deposit into the registry of this Court its estimated just compensation for the taking in the sum of $290,000.00 (Dkt. 9). As of July 13, 2017, title to the Subject Property, to the extent set forth in the Declaration of Taking, vested in the United States by operation of law. 40 U.S.C. § 3114.

4. On October 13, 2017, the Court granted Kern County Treasurer-Tax Collectors' motion to withdraw $1,150.82 from the amount deposited to satisfy payment of property taxes for the Subject Property (Dkt. 21). The Kern County Treasurer-Tax Collector subsequently filed a disclaimer of interest waiving any rights to further compensation in this proceeding (Dkt. 22).

5. On February 2, 2018, the Court granted MALEK's motion to withdraw the remaining balance of $288,849.18 from the deposit plus any accrued interest (Dkts. 31 & 32).

6. In order to settle this condemnation action, the parties agree that the just compensation payable by the United States for the taking of the Subject Property as described in the Declaration of Taking shall be the sum of $300,000.00, inclusive of all costs, fees, and interest.

7. **JUDGMENT** shall be, and is hereby, entered against the United States in the amount of $300,000.00.

8. That said sum of $300,000.00 shall be just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and the taking of the Subject Property.

STIPULATED FINAL JUDGMENT          2

1    9.    That said sum of $300,000.00 shall be subject to all liens, encumbrances, and
2   charges of whatsoever nature existing against the property at the time of vesting of title thereto in
3   the United States, and all such liens, encumbrances, and charges of whatsoever nature shall be
4   payable and deductible from the said sum.

5    10.    As the United States had previously deposited $290,000.00 as estimated just
6   compensation, the deficiency between the amount deposited and the stipulated settlement of
7   $300,000.00 is $10,000.00. Upon entry of this stipulated judgment, the United States shall pay
8   into the registry of the Court the deficiency of $10,000.00.

9    11.    Upon entry of this judgment and the United States' deposit of the deficiency into
10  the registry of the Court, the Clerk of the Court shall, without further order of this Court, and
11  pursuant to Fed. R. Civ. P. 67 and L.R. 150(h), disburse all sums related to this case on deposit in
12  the Court's registry to the "Peterson Law Group Client Trust Account" and deliver said payment
13  to:

14          Christopher D. Peterson
15          PETERSON LAW GROUP PC
16          19800 MacArthur Blvd., Suite 290
17          Irvine, California 92612

18

19   12.    MALEK warrants that it was the sole owner of the Subject Property at the date of
20  taking, and that it has the exclusive right to the just compensation herein, excepting the interests
21  of parties having liens or encumbrances of record and unpaid taxes and assessments, if any, and
22  that no other party is entitled to the same or any part thereof by reason of any unrecorded
23  agreement.

24   13.    In the event that any other party is ultimately determined by a court of competent
25  jurisdiction to have any right to receive compensation for the Subject Property in this case,
26  MALEK shall refund into the registry of the Court the compensation distributed herein, or such
27  part thereof as the Court may direct, with interest thereon calculated in accordance with the
28

STIPULATED FINAL JUDGMENT        3

1 | provision of 40 U.S.C. § 3116, from the date of receipt of the deposit by defendant to the date of
2 | repayment into the registry of the Court.

3 |     14.     MALEK shall save and hold harmless the United States of America from all claims
4 | or liability resulting from any unrecorded leases or agreements affecting the Subject Property on
5 | the date of taking.

6 |     15.     The parties agree to take no appeal from this Stipulated Final Judgment.

7 |     16.     The parties shall be responsible for all of their own legal fees, costs, and expenses.

8 |     17.     Following disbursement to MALEK, this case shall be closed.

9 |

10 |

11 | **IT IS SO ORDERED.**

12 | Dated: *October 23, 2018*

13 |                                          UNITED STATES DISTRICT JUDGE

14 |

15 |

16 |

17 | THE UNDERSIGNED STIPULATE THAT THEY CONSENT TO THE ENTRY OF THE
     | PRECEDING JUDGMENT AND ORDER:
18 |

19 | ON BEHALF OF PLAINTIFF UNITED STATES OF AMERICA:

20 |
     | Dated: October 22, 2018                     JEFFREY H. WOOD
21 |                                              Acting Assistant Attorney General

22 |                                              */s/ Reade E. Wilson*
23 |                                              READE E. WILSON
                                                 */s/ Anthony C. Gentner*
24 |                                              ANTHONY C. GENTNER
                                                 Trial Attorneys
25 |                                              United States Department of Justice

26 |

27 |                          [ Remaining Signature on page 5 ]

28 |

     | STIPULATED FINAL JUDGMENT          4

ON BEHALF OF MALEK & SCHIPPER INVESTMENT AND DEVELOPMENT
CORPORATION:

Dated: October 22, 2018                    PETERSON LAW GROUP
                                           PROFESSIONAL CORPORATION

                                           By: /s/ Christopher D. Peterson
                                           CHRISTOPHER D. PETERSON
                                           Attorneys for Defendant Malek & Schipper
                                           Investment and Development Corporation